# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION



FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

The United States,

-vs-

Robert Moreno

CR.

Docket No. 07-0101 AWI

**COMES NOW** Jacob M. Scott, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Robert Moreno, who was placed on bond by the Honorable Dennis L. Beck, U.S. Magistrate Judge, sitting in the Court at Fresno, California, on the 8th day of May, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy, Wire Fraud and Aiding and Abetting (five counts), Bank Fraud and Aiding and Abetting, Conspiracy to Launder Money, Money Laundering and Aiding and Abetting (eight counts)

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about February 23, 2008, Clovis police officers arrested Mr. Moreno for alleged public intoxication and vandalism.

**PRAYING THAT THE COURT WILL ORDER** the matter be placed on this Court's calendar on Wednesday, May 21, 2008, at 1:30p.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Jacob M. Scott*

Jacob M. Scott
Pretrial Services Officer
DATE: May 19, 2008

---
### ORDER
---

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

✓ The Court hereby orders this matter placed on this court's calendar on _Wednesday, May 21, 2008_, at _1:30_ am/**pm** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this _19th_ day of _May_, 2008, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 3/93

## BOND CONDITIONS:

1. You are released on your personal recognizance;

2. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You shall reside at a residence approved by the Pretrial Services Officer and not move or be absent form this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

5. Your travel is restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer;

6. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. Medical marijuana, prescribed or not, may not be used;

7. You shall submit to drug/alcohol testing as directed by Pretrial Services.

8. You shall report prescriptions to Pretrial Services within 48 hours of receipt;

9. You shall avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Ryan Nathan Friend, Michael Ray Buchanan, III, Christopher Travis, Lloyd Tom Travis, and Cesar Moreno, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer.

On April 28, 2008, Mr. Moreno entered a plea of guilty to Count 1. Sentencing is set for July 7, 2008, at 9:00a.m., before U.S. District Judge Anthony W. Ishii.